**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | No. CR 05-0855-PHX-DKD |
| Plaintiff, | |
| vs. | **ORDER** |
| Adam Vincent Mears, | |
| Defendant. | |

Upon motion of the defendant, and good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** the defendant's Motion for Clarification.

**IT IS FURTHER ORDERED** that the defendant shall be released from Recovery Homes Inc. on December 23, 2005.

DATED this 25th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge